MICHAEL SILANDER (SBN 202609)
CHRISTINE M. CARSON (SBN 188603)
LEMIEUX & O'NEILL
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, California 91362
Telephone: (805) 495-4770
Facsimile:  (805) 495-2787

Attorneys for Defendant CITY OF RIDGECREST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>CITY OF RIDGECREST, a California Municipality, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.:   1:15-CV-01540-----JLT<br><br>**STIPULATION TO CONTINUE RULE 26 CONFERENCE OF COUNSEL DEADLINE DUE TO ILLNESS AND VACATION OF COUNSEL; [PROPOSED] ORDER**<br><br>(Doc. 6) |

　　　Defendant, CITY OF RIDGECREST ("Defendant"), and Plaintiff WILLIAM JOHNSON stipulate as follows:

　　　The current deadline for the meet and confer/conference of counsel required by Rule 26 is January 2, 2016.  Counsel for Defendant is out sick this week.  Counsel for plaintiff will be on a pre-arranged vacation next week until January 4, 2016.

　　　Due to unexpected illness and of counsel for Ridgecrest, and a pre-arranged vacation of Plaintiff's counsel, counsel respectfully request that the court continue the deadline for the Rule 26 conference of

- 1 -

**STIPULATION TO CONTINUE RULE 26 CONFERENCE OF COUNSEL DEADLINE DUE TO ILLNESS AND VACTION OF COUNSEL; [PROPOSED] ORDER THEREON**

counsel to January 5, 2016.  Counsel do not anticipate this would affect any other deadlines. There have been no prior continuances of the meeting of counsel deadline.

DATED: December 24, 2015        LEMIEUX & O'NEILL

                                */s/ Michael Silander*
                                By_____
                                Michael Silander
                                Attorneys for Defendant
                                City of Ridgecrest

DATED: December 23, 2015        POTTER, HANDY

                                */s/ Phyl Grace*
                                By_____
                                Phyl Grace
                                Attorneys for William Johnson

- 2 -

**STIPULATION TO CONTINUE RULE 26 CONFERENCE OF COUNSEL DEADLINE DUE TO ILLNESS AND VACTION OF COUNSEL; [PROPOSED] ORDER THEREON**

**[PROPOSED] ORDER**

The current deadline for the meet and confer/conference of counsel required by Rule 26 was January 2, 2016.  For good cause shown, the request to continue the deadline of such conference of counsel is granted, and the deadline is continued to January 5, 2016.

IT IS SO ORDERED.

Dated:   **December 28, 2015**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE RULE 26 CONFERENCE OF COUNSEL DEADLINE DUE TO ILLNESS AND VACTION OF COUNSEL; [PROPOSED] ORDER THEREON**