# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RIDGECREST, <br><br> Defendant. | Case No.: 1:15-CV-01540- JLT <br><br> ORDER GRANTING STIPULATION TO FILE THE FIRST AMENDED COMPLAINT <br> (Doc. 19) |

The parties have stipulated that the plaintiff may file a first amended complaint. (Doc. 19) Good cause appearing, the Court **ORDERS**:

1. The plaintiff may file his first amended complaint by **July 5, 2016**;
2. The defendant has 21 days from the filing of the first amended complaint to file its responsive pleading.

IT IS SO ORDERED.

Dated:   **June 29, 2016**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1