UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **William Johnson,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**City of Ridgecrest**; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 1:15-CV-01540-JLT<br><br>**ORDER GRANTING JOINT MOTION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

　　　Good cause having been shown, the parties' joint request for leave for Plaintiff to file a First Amended Complaint ("FAC") is GRANTED. Not later than five (5) days following the date this order is electronically filed, Plaintiff is directed to file his FAC. Defendant's Amended Answer shall be filed not later than 30 days after filing of the FAC.

　　　IT IS SO ORDERED.

Dated:  June 29, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE