W. KEITH LEMIEUX (SBN 161850)
MICHAEL SILANDER (SBN 202609)
LEMIEUX & O'NEILL
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, California 91362
Telephone: (805) 495-4770
Facsimile:  (805) 495-2787

Attorneys for Defendant CITY OF RIDGECREST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>CITY OF RIDGECREST, a California Municipality, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:   1:15-CV-01540  JLT<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING ONE ADDITIONAL DEPOSITION; [~~PROPOSED~~] ORDER**<br><br>(Doc. 26) |

**TO THIS HONORABLE COURT:**

Defendant CITY OF RIDGECREST ("City") and Plaintiff WILLIAM JOHNSON ("Plaintiff") stipulate as follows:

The current discovery deadline is December 12, 2016.  Plaintiff's deposition is currently scheduled for December 7, 2016.

However, counsel for City and Plaintiff made progress in settlement discussions on December 1, 2016, and City expects Plaintiff to present a counter-offer/proposal that, if accepted, would resolve the

- 1 -

**STIPULATION TO CONTINUE DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING ONE ADDITIONAL DEPOSITION; [~~PROPOSED~~] ORDER**

entirety of this dispute without further litigation and associated fees.  At the very least, City's counsel is required to present the written counter-offer/proposal to the City Council, which meets on December 21, 2016.

    If the Court grants this extension, the parties have agreed to re-schedule the deposition for December 23, 2016, which is the next date available for Plaintiff and counsel.

    Based on the foregoing, the parties respectfully request that the discovery cut-off is continued to December 23, 2016, for the sole purpose of taking Plaintiff's deposition.

DATED: December 2, 2016        LEMIEUX & O'NEILL

                                            */s/ Michael Silander*
                                   By_____
                                   Michael Silander
                                   Attorneys for Defendant
                                   City of Ridgecrest

DATED: December 2, 2016        POTTER, HANDY

                                            */s/ Raymond Ballister*
                                   By_____
                                   Raymond Ballister
                                   Attorneys for William Johnson

**STIPULATION TO CONTINUE DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING ONE ADDITIONAL DEPOSITION; [~~PROPOSED~~] ORDER**

**[~~PROPOSED~~] ORDER**

The current discovery cut-off is December 12, 2016.  For good cause shown, the request to take the plaintiff's deposition on December 23, 2016, despite the expiration of the discovery deadline, is **GRANTED**.

IT IS SO ORDERED.

Dated:   **December 2, 2016**             **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING ONE ADDITIONAL DEPOSITION; [~~PROPOSED~~] ORDER**