UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF RIDGECREST; and Does 1-10**, <br><br> Defendants | **Case No**. 1:15-CV-01540 JLT <br><br> [~~PROPOSED~~ ORDER] TO EXTEND DATE FOR FILING DISPOSITIVE PLEADINGS BY 30 DAYS <br><br> (Doc. 28) |

The parties have reported that they have agreed to settle the case. (Doc. 28) However, because the settlement is not finalized, the parties seek to extend the deadlines by which dispositive motions may be filed "out of caution." Id. at 2. Thus, good cause appearing, the Court **ORDERS:**

The stipulation (Doc. 28) is **GRANTED**. Any dispositive motions SHALL be filed no later than February 18, 2017.


IT IS SO ORDERED.

   Dated:   **January 19, 2017**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE