**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIDGECREST,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01540- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 30) |

The parties in this action, William Johnson and the City of Ridgecrest, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 30)  Pursuant to the terms of the stipulation, the Court **ORDERS**:

1. The action is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court **IS DIRECTED** to close this action because the stipulation terminates the action in its entirety.

IT IS SO ORDERED.

Dated: __**January 27, 2017**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE